# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLE CHAPMAN

NO. 2024 KW 0267

**JUNE 17, 2024**

---

In Re:   Cole Chapman, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 21-CR-709.

---

**BEFORE:   GUIDRY, C.J., WELCH AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
JEW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT